**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RONALD RENE GARRETT,

    Plaintiff,

v.                                                                  CASE NO: 18-CV-12844

CORRECTION OFFICER SGT. SEARFOSS
and FOOD DIRECTOR ELIZALDE
OF TRINITY ASSN

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

This matter was referred to United States Magistrate Anthony P. Patti pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In his report filed on August 23, 2019, the magistrate judge recommended that this court dismiss Plaintiff's claims against Defendant Food Service Director Elizalde of Trinity Assn. without prejudice for failure to comply with Fed.R.Civ.P.4 and for Plaintiff's failure to show cause.

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

The Court ADOPTS the Report and Recommendation for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant Food Service Director Elizalde of Trinity Assn. Is DISMISSED WITHOUT PREJUDICE.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 16, 2019

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 16, 2019, by electronic and/or ordinary mail.

  S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522