UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD RENE GARRETT,

    Plaintiff,

v.

                    CASE NO: 18-CV-12844

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.

                            /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter was referred to United States Magistrate Anthony P. Patti pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on July 13, 2020, the magistrate judge recommended that this court grant Defendant Searfoss's motion for summary judgment [ECF #26] and with no remaining defendants or claims, dismiss the case,

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      The court ADOPTS the Report and Recommendation for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant Serafoss's Motion for Summary Judgment  [Dkt# 26]  is **GRANTED .**

---

      [1]The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

**IT IS FURTHER ORDERED** that with no remaining claims or defendants the complaint is **DISMISSED.**

.

        S/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated: August 31, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 31, 2020, by electronic and/or ordinary mail.

        S/Lisa Wagner  
        Case Manager and Deputy Clerk  
        (810) 292-6522

.