UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD RENE GARRETT,

      Plaintiff,

v.                                           Case No: 18-CV-12844

MICHIGAN DEPARTMENT OF
CORRECTIONS, CORRECTION OFFICER
SEAFOSS AND ELIZALDE OF TRINITY ASSN

      Defendants.
_____/

## JUDGMENT

In accordance with the court's Orders Adopting the Magistrate's Report and Recommendations on September 16, 2019 and September 1, 2020,

**IT IS ORDERED AND ADJUDGED** that the judgment is entered for Food Director Elizalde of Trinity Assn and Correction Officer Seafoss and against Plaintiff Ronald Rene Garrett.

Dated at Detroit, Michigan, this 1st day of September, 2020.

                                                DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: s/Lisa Wagner
                                              Deputy Clerk and
                                              Case Manager to
                                              Judge Robert H. Cleland